FILED IN OPEN COURT
DATE: 4/10/2025
C. Amos
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Case No. 3:25CR4 |
| v. | : |
| TAJUAN SEABERRY | : |

## INFORMATION

The Acting United States Attorney charges that:

### COUNT ONE

1. On or about and between January and February 2024, in the Western District of Virginia and elsewhere, TAJUAN SEABERRY, as a principal, aider, and abettor, received, possessed, concealed, stored, bartered, sold, and disposed of securities and money of the value of $5,000 or more, which crossed a state boundary after being stolen, unlawfully converted, and taken, knowing the same to have been stolen, unlawfully converted, and taken.

2. All in violation of Title 18, United States Code, Sections 2 and 2315

DATE: April 10, 2025

Zachary T. Lee /Donald Ruckey
ZACHARY T. LEE
ACTING UNITED STATES ATTORNEY

*USAO # 2024R00150*